IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**MITCHELL TY MAY**                                                                    **PLAINTIFF**

**VERSUS**                                           **CIVIL ACTION NO. 4:08-cv-52-HTW-LRA**

**L.C.D.F. MEDICAL, et al.**                                           **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice, pursuant to Fed.R.Civ.P. 41(b).

SO ORDERED, this the 23rd day of October, 2008.

                                                   s/ HENRY T. WINGATE
                                                   CHIEF UNITED STATES DISTRICT JUDGE